**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-7688**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PAUL MORRIS PINSON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  William B. Traxler, Jr., District Judge; William M. Catoe, Jr., Magistrate Judge. (CR-94-720, CA-96-1431-21-6-21AK)

Submitted:  July 24, 1997           Decided:  July 31, 1997

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Paul Morris Pinson, Appellant Pro Se.  David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and denying Appellant's § 2255 motion, and we find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Pinson, Nos. CR-94-720; CA-96-1431-21-6-21AK (D.S.C. Oct. 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED